IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01415-MSK-BNB

HAROLD E. MASON,

Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend the Scheduling Order** [docket no. 20, filed January 30, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  The deadline to file the record is now **February 4, 2015**; the deadline for plaintiff to file his opening brief is **February 6, 2015**; the deadline for defendant its response brief is **March 9, 2015**; and the deadline for plaintiff to file his reply brief is **March 27, 2015**.


DATED:  February 2, 2015