**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action 1:14-cv-01415-MSK-NYW

HAROLD E. MASON,

Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Plaintiff Harold Mason's ("Plaintiff") Unopposed Motion to Amend the Scheduling Order [# 31], April 1, 2015 (the "Motion"). Pursuant to the Order Referring Case dated May 30, 2014 [#7] and the memorandum dated April 6, 2015, 2015 [#32], the Motion is before this Magistrate Judge.

    IT IS ORDERED that the Motion is GRANTED.  Plaintiff shall have up to and including **April 13, 2015** to a file a reply brief.

DATED April 6, 2015.