# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01415-MSK-NYW

HAROLD E. MASON,

    Plaintiff,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

**ORDERED** that the determination of the plan administrator is **REVERSED.**  This matter is **REMANDED** with instructions to articulate the interpretation given to Policy terms, fully consider the evidence that was readily available, particularly as it relates to Mr. Mason's ability to perform the material duties of his occupation from July 2012 - July 2013.  It is

**FURTHER ORDERED** that judgment is entered in favor of Mr. Mason vacating Reliance's denial of benefits and remanding for further consideration.

The case is closed.

  Dated at Denver, Colorado this 30th day of September, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

s/Patricia Glover

Patricia Glover
Deputy Clerk